# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2009

137352

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PROTECTIVE PLANNING GROUP, LLC,
And ESTATE PLANNING INSTITUTE
OF MICHIGAN, LLC,
 Plaintiffs/Counter-Defendants/
 Appellants,

v

CINDY LEONARD,
 Defendant/Counter-Plaintiff/
 Third-Party Plaintiff/Appellee,

v

STEWART MILLER,
 Third-Party Defendant/Appellant,
and

JAY MELODY and KAY CRANDALL,
 Third-Party Defendants.

SC: 137352
COA: 283532
Oakland CC: 2007-080269-CK

_____/

 On order of the Court, the application for leave to appeal the August 13, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



 I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2009

_____
Clerk

0120